UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PERRY BROWN,

    Plaintiff,

vs.

                                       Case No.: 3:19-cv-00997

MARK INCH, et al.,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL
## AND TERMINATE LAW STUDENT APPEARANCE

    Undersigned moves to withdraw as counsel for Perry Brown pursuant to Local Rule 2.02 and terminate law student appearance pursuant to Local Rule 2.03. This Court appointed the undersigned on February 18, 2020 and undersigned noticed his appearance on April 18, 2020. Undersigned has acted as lead and sole counsel since that time.

    This Court authorized the limited appearance of law students Emily Binnie and Allaa Tayeb pursuant to Local Rule 2.03 in March 2021.

    Multiple grounds exist for permissive withdrawal pursuant to The Florida Bar's Rule of Professional Responsibility 4-1.16(b) and undersigned therefore requests this court terminate representation of Mr. Brown. Good cause exists because the undersigned's other professional obligations will interfere with

continued representation. Undersigned simply does not have time to continue to represent Mr. Brown while managing other obligations of his practice and Florida National Guard service.  Undersigned's termination of representation is authorized under The Florida Bar's Rules of Professional Responsibility.

Pursuant to Local Rule 2.02(c)(1)(B)(i) the undersigned certifies that he dispatched a notice to Mr. Brown, on July 16, 2021, of his intent to withdraw and requested Mr. Brown's consent. No response was provided by Mr. Brown.

Pursuant to Local Rule 2.02(c)(1)(B)(ii) if the court grants withdrawal Mr. Brown will proceed pro se. Mr. Brown's mailing address is: Perry Brown, #044515, Union Correctional Institution, Post Office Box 1000, Raiford, FL 32083. Mr. Brown is currently incarcerated undersigned is unaware of his telephone number or email address.

WHEREFORE, the undersigned moves this court to:

1. Enter an order withdrawing and terminating him from further representation of Mr. Brown in this case;

2. Enter an order terminating Emily Binnie's and Allaa Tayeb's limited representation in this case.

DATED: July 29, 2020

                                                  Respectfully submitted,

/s/ *Michael Stanski*
Michael Stanski
Florida Bar No. 109276
3955 Riverside Ave
Jacksonville, Florida 32205
Telephone: 904-370-3483
E-Mail: michael@stanskilaw.com

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for the opposing parties have been consulted on this motion. All responded and do not oppose the motion.

/s/ *Michael Stanski*
Michael Stanski

## CERTIFICATE OF SERVICE

A copy of this document has been served via automated electronic mail to all interested persons receiving service through the CM/ECF system. A copy of this document has been served to Perry Brown, #044515, via U.S. Mail to Union Correctional Institution, Post Office Box 1000, Raiford, FL 32083

/s/ *Michael Stanski*
Michael Stanski